JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROADCOM LIMITED AND AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>DTS, INC. AND PHORUS, INC.<br><br>Defendants. | Civil Case No.: 2:17-cv-05935<br><br>**[**~~PROPOSED~~**] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

On December 18, 2017, Plaintiffs Broadcom Limited and Avago Technologies General IP (Singapore) PTE. Ltd. and Defendants DTS, Inc. and Phorus, Inc. jointly filed with this Court a stipulation seeking voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After reviewing this stipulation, the Court rules as follows:

The above-captioned action is hereby dismissed with prejudice, each party to bear its own fees, costs, and expenses in this action.

IT IS SO ORDERED.

DATED: December 20, 2017

Hon. André Birotte, Jr.
United States District Court Judge